### HENDERSON v. STATE. (No. 6350.)

(Court of Criminal Appeals of Texas. June 15, 1921.)

Appeal from District Court, Wichita County; H. F. Weldon, Judge.

Walter Henderson was convicted of murder, and he appeals. Affirmed.

R. H. Hamilton, Asst. Atty. Gen., for the State.

LATTIMORE, J. Appellant was convicted in the district court of Wichita county of the offense of murder, and his punishment fixed at 20 years' confinement in the penitentiary.

The record is before us without any statement of facts or bills of exception. The indictment appears to be in proper form, and no error appears in the charge of the court.

No reason appearing requiring a reversal of the judgment, an affirmance will be ordered.